IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LISA MARIE ZERTUCHE, | § § § | |
| *Plaintiff,* | § § | SA-24-CV-00748-ESC |
| vs. | § § § | |
| MARTIN O'MALLEY, SOCIAL SECURITY COMMISSIONER; | § § § § | |
| *Defendant.* | § § | |

## **FINAL JUDGMENT**

On this day, the Court granted the Commissioner's unopposed motion for entry of judgment with remand.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the final decision of the Commissioner denying Plaintiff's application for benefits under the Social Security Act is **REVERSED** and this case is **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

On remand, the Administrative Law Judge shall further evaluate the medical evidence, including all medical opinion evidence, before assessing the claimant's RFC, and obtain supplemental vocational expert testimony when considering the claimant's ability to perform other work in the national economy.

SIGNED this 20th day of December, 2024.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE